PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Taft Howard Martin**

**Docket No. 0:01CR00344-2(PAM)**

**Petition on Supervised Release**

COMES NOW **Mark A. Mills**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Taft Howard Martin** who was sentenced on June 6, 2002, by the Honorable Paul A. Magnuson, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participate in drug/alcohol treatment program
- Mandatory drug testing
- Provide DNA
- No firearms, dangerous weapons

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On December 10, 2004, the defendant tested positive for cocaine. He admitted his use and the specimen was confirmed positive.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

25 hours of community service

ORDER OF THE COURT

Considered and ordered this 13th day of Jan, 2005, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
U.S. District Judge

Respectfully,

Mark A. Mills
U.S. Probation Officer

Place Minneapolis
Date January 12, 2005

c: United States Sentencing Commission

SCANNED
JAN 14 2005
U.S. DISTRICT COURT ST. PAUL