**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# VIOLATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: Paul A. Magnuson |
| v. | ) | U.S. District Judge |
| | ) | |
| Taft Howard Martin, | ) | Case No: Cr. 01-344(2) PAM |
| Defendant. | ) | Date: March 8, 2005 |
| | ) | Court Reporter: Maria Weinbeck |
| | ) | Tape Number: |
| | ) | Time Commenced: 10:30 a.m. |
| | | Time Concluded: 10:45 a.m. |
| | | Time in Court: Hours & 15 Minutes |

## APPEARANCES:

Plaintiff: Jeffrey Paulsen, Assistant U.S. Attorney
Defendant: Daniel M. Scott : FPD 9 CJA 9 Retained 9 To be appointed

Interpreter / Language: /

## PROCEEDINGS:

9 Counsel waived. 9 Appointment of Counsel requested.
9 Request granted. 9 Request denied.
: **Initial Appearance - Violation of supervised release Proceedings.**
9 **Revocation of Probation - Final Hearing.**
9 **Revocation of Supervised Release - Final Hearing.**
9 Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention Hearing 9 Granted 9 Denied.
: Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal for **2 days**. See order for conditions.
9 Violation of Supervised Release Hearing set for before Judge.
9 Defendant sentenced to pay fine of $ as to Count(s) and costs.
9 Report on Offender Under Supervision is granted or denied.
9 Probation continued for a term of.
9 Supervised Release continued for a term of.
9 Defendant is sentenced to:
: Written order to be issued.

s/Suzanne M. Ruiz
Calendar Clerk