UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

Case No. CR01-344-2 (PAM)

Plaintiff,

v.

ORDER OF REVOCATION

Taft Howard Martin,

Defendant.

---

Upon a hearing before this Court and a finding that the defendant violated a condition of supervision, it is hereby ordered that the defendant be committed to custody for a term of 2 days.

☐ The defendant is remanded to the custody of the United States Marshal

☑ The defendant shall voluntarily surrender for service of said sentence on March 12, 2005, at 8:00 a.m./p.m. to the United States Marshal or to the jail facility designated by the United States Marshal.

The defendant shall be released from said sentence on March 14, 2005, at 7:00 a.m./p.m.

☐ Upon revocation of probation, it is ordered that upon completion of said sentence, the defendant shall be placed on supervised release for term of ___ months. This term of supervised release will include the same conditions as originally imposed that remain unfulfilled, and any conditions that were added during the previous term of supervision.

☑ Upon revocation of supervised release, it is ordered that upon completion of said sentence, the defendant shall be placed on supervised release with the same discharge date and conditions as originally imposed that remain unfulfilled, and any conditions that were added during the previous term of supervised release.

Dated: March 8, 2005

PAUL A. MAGNUSON
United States District Judge

SCANNED
MAR 08 2005
U.S. DISTRICT COURT ST. PAUL

January 5, 2004

2cc to USM
3-8-05