UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-344(2) PAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR APPOINTMENT OF COUNSEL |
| | ) | |
| TAFT HOWARD MARTIN, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has determined that the defendant in the above matter is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent him.

Dated: March 10, 2005

Honorable Paul A. Magnuson
United States District Court Judge

SCANNED
MAR 10 2005
U.S. DISTRICT COURT ST. PAUL

MAR 10 2005
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK