PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Taft Howard Martin**

**Docket No. 0:01CR00344-2(PAM)**

**Petition on Supervised Release**

COMES NOW **Mark A. Mills**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Taft Howard Martin** who was sentenced for Bank Robbery on June 6, 2002, by the Honorable Paul A. Magnuson, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program
Mandatory drug testing
Provide DNA
No firearms, dangerous weapons

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On April 22, 2005, Mr. Martin tested positive for cocaine for the second time under the zero tolerance program.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court on April 26, 2005, at 2:00 p.m. to show cause why supervision should not be revoked.

ORDER OF THE COURT

Considered and ordered this 25th day of April, 2005, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Mark A. Mills
U.S. Probation Officer

Executed on April 25, 2005
Place Minneapolis

SCANNED
APR 25 2005
U.S. DISTRICT COURT ST. PAUL