IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.
Taft Howard Martin,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Donovan W. Frank
U.S. District Judge

Case No: Criminal 01-344(2) PAM
Date: April 26, 2005
Court Reporter: Jeanne Anderson
Tape Number:
Time Commenced: 2:00 p.m.
Time Concluded: 2:15 p.m.
Time in Court: Hours & 15 Minutes

APPEARANCES:

Plaintiff: Rob Lewis, Assistant U.S. Attorney
Defendant: Daniel M. Scott : FPD 9 CJA 9 Retained 9 To be appointed

Interpreter / Language: /

PROCEEDINGS:

9 Counsel waived. 9 Appointment of Counsel requested.
9 Request granted. 9 Request denied.
9 **Initial Appearance - Revocation Proceedings.**
9 **Revocation of Probation - Final Hearing.**
: **Revocation of Supervised Release - Final Hearing.**
9 Hearing on Report on Defendant Under Supervision (Filing No. )
9 Preliminary Examination 9 Waived 9 Detention Hearing 9 Waived
9 Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention Hearing 9 Granted 9 Denied.
: Defendant admits allegations. 9 Defendant denies allegations.

ORDERED:

9 COURT TO UNSEAL PETITION/REPORT (Filing No. )
9 Defendant released on same terms and conditions of supervised release.
9 Detention Hearing scheduled for.
9 Defendant remanded to custody of the U.S. Marshal.
9 Violation of Supervised Release Hearing set for before Judge.
9 Defendant sentenced to pay fine of $ as to Count(s) and costs.
9 Report on Offender Under Supervision is granted or denied.
9 Probation continued for a term of.
9 Supervised Release continued for a term of.
: Defendant is sentenced to: Custody of the U.S. Marshal for 48 hours.
: Written order to be issued.

s/Suzanne M. Ruiz

Calendar Clerk