UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-344(2) PAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR APPOINTMENT |
| | ) | OF COUNSEL |
| TAFT HOWARD MARTIN, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has determined that the defendant in the above matter is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent him.

Dated: ~~April~~ 2, 2005

Honorable Paul A. Magnuson
United States District Court Judge

SCANNED
MAY 0 2 2005
U.S. DISTRICT COURT ST. PAUL