UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-~~334~~ 344 (2)(PAM)

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) **MOTION FOR BENCH WARRANT**
v. )
)
TAFT HOWARD MARTIN, )
)
Defendant. )

The United States of America, by and through its attorneys, Thomas B. Heffelfinger, United States Attorney for the District of Minnesota and Assistant U.S. Attorney Robert M. Lewis, hereby moves the court for issuance of a bench warrant for the arrest of the defendant, Taft Howard Martin, inasmuch as defendant failed to surrender for service of a sentence on April 29, 2005.

THOMAS B. HEFFELFINGER
United States Attorney

Dated: May 4, 2005

BY: ROBERT M. LEWIS
Assistant U.S. Attorney
Attorney ID No. 0249488

SCANNED
MAY 06 2005
U.S. DISTRICT COURT ST. PAUL