UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-~~344~~ 344 (PAM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| TAFT HOWARD MARTIN, | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS the defendant, Taft Howard Martin, having failed to turn himself into federal custody by April 29, 2005,

IT IS ORDERED

that a bench warrant be issued for his arrest forthwith.

Dated: May 6, 2005

Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge

SCANNED
MAY 06 2005
U.S. DISTRICT COURT ST. PAUL