AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

2005 MAY -6 P 3:14

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

V.

CASE NUMBER: **CR 01-344 PAM/JGL**

0541-0506-1048-F

Taft Howard Martin

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Taft Howard Martin

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Failed to turn himself into federal custody on 4/29/05.

Ordered by: Paul A. Magnuson, United States District Court Judge.

Mary Kay Furchner

(By) Mary Kay Furchner, Deputy Clerk

May 6, 2005 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant.

RECEIVED
MAY 16 2005
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Date Received: ______________ Date of Arrest: ______________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 5-10-05
ARRESTED BY Self-Surrender
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

A true copy in 2 sheet (s)
of the record in my custody,
CERTIFIED, 5/16 2005
Richard D. Sletten, Clerk
BY: Mary Kay Furchner

SCANNED
MAY 16 2005
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04