A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

2005 MAY 19 P 3:17

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

UNITED STATES OF AMERICA

V.

Taft Howard Martin

## WARRANT FOR ARREST

CASE NUMBER: **CR 01-344(2) PAM**

0541-0519-1087-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Taft Howard Martin

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation on Supervised Release

Ordered by: Paul A. Magnuson, United States District Court Judge.

(By) Gina Olsen, Deputy Clerk

May 19, 2005 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: ______________________ Date of Arrest: ____________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 5-23-05
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ____________

SCANNED
MAY 24 2005
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04