**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

**Taft Howard Martin**,

Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Jonathan G. Lebedoff
U.S. Chief Magistrate Judge

Case No: CR 01-344 PAM
Date: May 25, 2005
Court Reporter: None
Tape Number: Not available
Time Commenced: 2:00 p.m.
Time Concluded: 2:10 p.m.
Time in Court: 10 Minutes

____ **PRELIMINARY HRG ONLY** ____ **DETENTION HRG ONLY**

T **PRELIMINARY REVOCATION/DETENTION HRG** _____ **REMOVAL HRG**

APPEARANCES:

**Plaintiff**: Timothy Rank
Assistant U.S. Attorney

**Defendant:** Lyonel Norris
T FPD 9 CJA 9 Retained T Appointed

Interpreter: NA // English

On 9 Indictment 9 Information 9 Complaint Violation of 9 Pre-trial Release T **Supervised Release**

9 Charges from other District ____________________________________________

T Deft Ordered Detained - Govt to submit proposed order 9 Bond Continued 9 Moot Currently Srvg Sentence

Bond set in the amount of $____________________ with conditions, see Order Setting Conditions of Release.

9 Deft bound over to District Court of Minnesota
9 Deft removed to charging district and is ordered to appear before________________on__________________.

9 Removal Order to be Issued 9 No Removal Order to be Issued 9 Commitment to Another District to be Issued

Additional Information: **Defendant waives preliminary revocation hearing.**
**Final Revocation Hearing is June 6, 2005 at 9:30 a.m. before Judge Paul A. Magnuson.**

s/Joan Flood
Signature of Judicial Assistant