UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-344(PAM/JGL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| (02)TAFT HOWARD MARTIN, | ) | |
| | ) | |
| Defendant. | ) | |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>

01-344(PAM/JGL)

<u>Defendant Name</u>

Taft Howard Martin

<u>Remove AUSA</u>

Jeffrey S. Paulsen

<u>Add AUSA</u>

Timothy C. Rank

Dated: May 31, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/Jeffrey S. Paulsen
BY: JEFFREY S. PAULSEN
Assistant U.S. Attorney
Attorney ID No. 144332