**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# VIOLATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.
Taft Howard Martin,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Paul A. Magnuson
U.S. District Judge

Case No: Cr. 01-344(2) PAM
Date: June 6, 2005
Court Reporter: Jean Whalen
Tape Number:
Time Commenced: 9:30 a.m.
Time Concluded: 10:00 a.m.
Time in Court: Hours & 30 Minutes

## APPEARANCES:

Plaintiff: Timothy Rank, Assistant U.S. Attorney
Defendant: Lyonel Norris : FPD 9 CJA 9 Retained 9 To be appointed

Interpreter / Language: /

## PROCEEDINGS:

9 Counsel waived. 9 Appointment of Counsel requested.
9 Request granted. 9 Request denied.
9 **Initial Appearance - Violation of supervised release Proceedings.**
9 **Revocation of Probation - Final Hearing.**
: **Revocation of Supervised Release - Final Hearing.**
9 Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention Hearing 9 Granted 9 Denied.
: Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

: Defendant remanded to custody of the U.S. Bureau of Prisons for 6 months. Upon release from custody the defendant shall be on supervised release for a term of 2 years with current terms and conditions.
9 Violation of Supervised Release Hearing set for before Judge.
9 Defendant sentenced to pay fine of $ as to Count(s) and costs.
9 Report on Offender Under Supervision is granted or denied.
9 Probation continued for a term of.
9 Supervised Release continued for a term of.
9 Defendant is sentenced to:
: Written order to be issued.

s/Suzanne M. Ruiz
Calendar Clerk