PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Taft Howard Martin**

**Docket No. 0:01CR00344-002(PAM)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Taft Howard Martin** who was sentenced for Bank Robbery, Bank on June 6, 2002, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program, mandatory drug testing, provide DNA, restitution in the amount of $2,251.00

25 hours community service (modified on January 12, 2005)

Residency at a community corrections center for 60 days (modified on February 9, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Martin is in violation of his supervision conditions for failure to notify this officer of an address change. He made himself unavailable for supervision for approximately two weeks.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 30 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. This will be in addition to the 60 days ordered on February 9, 2006.

ORDER OF THE COURT

Considered and ordered this 10th day of March, 2006, and ordered filed and made a part of the records in the above case.

[signature]

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Richard W. Hermes
U.S. Probation Officer

Executed on February 28, 2006
Place Minneapolis

SCANNED
MAR 10 2006
U.S. DISTRICT COURT ST. PAUL

c: United States Sentencing Commission