PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Taft Howard Martin**

**Docket No. 0:01CR00344-002(PAM)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Taft Howard Martin** who was sentenced for Bank Robbery on June 6, 2002, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program, mandatory drug testing, provide DNA, and restitution in the amount of $2,251.00
25 hours community service (modified on January 12, 2005)
60 days at a community corrections center (modified on February 7, 2006)
30 days at a community corrections center (modified on March 10, 2006)

On June 6, 2005, supervised release was revoked and he was sentenced to 6 months custody of the Bureau of Prisons.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Mr. Martin has violated the conditions of supervised release based on the following:**
Mr. Martin was terminated from a community corrections facility for alcohol use on July 6, 2006.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall also participate in a remote alcohol monitoring program for that period of 60 days. The defendant will not be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purpose of alcohol testing.

ORDER OF THE COURT

Considered and ordered this 28th day of July, 2006, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge
c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer

Executed on July 26, 2006
Place Minneapolis

SCANNED
JUL 31 2006
U.S. DISTRICT COURT ST. PAUL