**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: SUSAN RICHARD NELSON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR-01-344 PAM |
| | ) | Date: July 19, 2007 |
| Taft Howard Martin (02), | ) | Court Reporter: |
| | ) | Tape Number: |
| Defendant. | ) | Time Commenced: 3:30 p.m. |
| | | Time Concluded: 3:35 p.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: Kimberly Svendsen, Assistant U.S. Attorney
Defendant: Andrew Mohring ☒ FPD ☐ CJA ☐ Retained ☐ To be appointed

Interpreter / Language: /

Date Charges Filed: November 17, 2006 Offense: Failure to appear for drug testing. Abused alcohol
☐ Charges read into record ☒ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☐ **Charges from other District**

☐ Government moves for detention.
Motion is ☐ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

**Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.**

**Released on same conditions except he is ordered to give a UA and provide Probation with an accurate address.**

**Next appearance date is July 31, 2007 at 9:30 a.m., Courtroom 9W, Mpls. before Judge Paul A. Magnuson for: Final Revocation Hearing.**
☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☐ preliminary revocation

☐ Detention hearing waived ☐ Preliminary hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

s/ Beverly Riches
Signature of Judicial Assistant