UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-344

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| TAFT HOWARD MARTIN, | ) | |
| | ) | |
| Defendant. | ) | |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>

01-344

<u>Defendant Name</u>

Taft Howard martin

<u>Remove AUSA</u>

Jeffrey S. Paulsen

<u>Add AUSA</u>

Kimberly A. Svendsen

Dated: July 24, 2007

RACHEL K. PAULOSE
United States Attorney

S/ Kimberly A. Svendsen

BY: KIMBERLY A. SVENDSEN
Assistant U.S. Attorney