A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
JUL 26 2007
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

2006 NOV 20 A 9:40

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

UNITED STATES OF AMERICA

V.

Taft Howard Martin

## WARRANT FOR ARREST

CASE NUMBER: **CR 01-344(2) PAM**

0741-1117-0162-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Taft Howard Martin

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:
Violation of Supervised Release

Ordered by: Paul A. Magnuson, United States District Court Judge.

(By) Gina Olsen, Deputy Clerk

November 17, 2006 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 7-19-07
ARRESTED BY Self - Surrender
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ____________

SCANNED
JUL 27 2007
U.S. DISTRICT COURT ST. PAUL

criminal\warrant.frm

DC Modified 12/08/04