PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

**United States District Court**

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Taft Howard Martin**

**Docket No. 0:01CR00344-002(PAM)**

**AMENDED Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Taft Howard Martin** who was sentenced for Bank Robbery on June 6, 2002, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participate in drug/alcohol treatment program, mandatory drug testing, provide DNA, and restitution in the amount of $2,251.00
- 25 hours community service (modified on January 12, 2005)
- Supervised release revoked and committed to the custody of the Bureau or Prisons for 2 days (Zero Tolerance) and placed back on supervised release (March 8, 2005)
- Supervised release revoked and committed to the custody of the Bureau of Prisons for 48 hours (Zero Tolerance) and placed back on supervised release (April 26, 2005)
- 60 days at a community corrections center (modified on February 7, 2006)
- 30 days at a community corrections center (modified on March 10, 2006)
- 60 days home detention with remote alcohol testing (modified July 28, 2006)

On June 6, 2005, supervised release was revoked and he was sentenced to 6 months custody of the Bureau of Prisons and placed back on supervised release for 2 years.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #1: The defendant shall participate in a program for drug and alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

Mr. Martin failed to appear for drug testing on October 13, 17, and 28, 2006, and November 2 and 4, 2006.

**<u>Additional Violation</u>:**

**A urinalysis submitted July 19, 2007, tested positive for cocaine. Mr. Martin admitted smoking crack cocaine.**

STANDARD CONDITION # 7: The defendant shall refrain from excessive use of alcohol.

Mr. Martin admitted to this probation officer that on October 20, 2006, he abused alcohol.

SCANNED
JUL 2 7 2007
U.S. DISTRICT COURT ST. PAUL

PRAYING THAT THE COURT WILL ORDER That **the Petition dated November 15, 2006, be amended by the addition of the violation noted herein. The additional violation will be addressed during the final revocation hearing scheduled for July 31, 2007.**

**[The rationale for a warrant is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 26th day of July, 2007, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer

Executed on July 25, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer