**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Taft Howard Martin,
Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: Paul A. Magnuson
U.S. District Judge

Case No: Criminal 01-344(2) PAM
Date: July 31, 2007
Court Reporter: Maria Weinbeck
Tape Number:
Time Commenced: 9:30 a.m.
Time Concluded: 10:00 a.m.
Time in Court: Hours & 30 Minutes

## APPEARANCES:

Plaintiff: Kimberly Swenson, Michael Cheever, Assistant U.S. Attorney
Defendant: Caroline Durham ☒ FPD ☐ CJA ☐ Retained ☐ To be appointed

## PROCEEDINGS:

☐ Counsel waived. ☐ Appointment of Counsel requested.
☐ Request granted. ☐ Request denied.
☒ **Revocation of Supervised Release - Final Hearing.**
☐ Hearing on Report on Defendant Under Supervision (Filing No. )
☐ Preliminary Examination ☐ Waived ☐ Detention Hearing ☐ Waived
☐ Federal Public Defender appointed to represent the defendant.
☐ Government's motion for Detention ☐ Granted ☐ Denied.
☒ Defendant admits allegations. ☐ Defendant denies allegations.

## ORDERED:

☐ COURT TO UNSEAL PETITION/REPORT (Filing No. )
☐ Defendant released on same terms and conditions of supervised release.
☐ Detention Hearing scheduled for.
☒ Defendant remanded immediately to custody of the U.S. Marshal.
☐ Violation of Supervised Release Hearing set for before Judge.
☐ Defendant sentenced to pay fine of $ as to Count(s) and costs.
☐ Report on Offender Under Supervision is granted or denied.
☐ Probation continued for a term of.
☐ Supervised Release continued for a term of.
☒ Defendant is sentenced to: 15 months. No term of supervision to follow.
☒ Written order to be issued.

s/Suzanne M. Ruiz
Calendar Clerk